1  TIMOTHY P. MURPHY, ESQ. (120920)
   EDRINGTON, SCHIRMER & MURPHY LLP
2  2300 Contra Costa Boulevard, Suite 450
   Pleasant Hill, CA  94523-3936
3  Telephone:  (925) 827-3300
   Facsimile:   (925) 827-3320
4
5  Attorneys for Defendant PAULA McEVOY

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | FORREST BLOCKER, individually and as Guardian Ad Litem for her minor child, M.B., | CASE NO.:  CV12-05597 CRB |
|---|---|---|
| 12 | | **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL OF DEFENDANT McEVOY AND ORDER** |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | COUNTY OF CONTRA COSTA, LORI CASTILLO, MEGHAN SCHULZE, NICOLE GREMILLION, LYNDA EHRICH, MARY LOGGER, CITY OF ANTIOCH, TREVOR SCHNITZIUS, KRISTOPHER KINT, OFFICER WHITE, PAULA McEVOY, and Does 1-10, inclusive, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20      WHEREAS certain parties to this action, namely, Plaintiffs, FORREST BLOCKER,

21 individually and as Guardian Ad Litem for her minor child, M.B. and Defendant PAULA

22 McEVOY (the "Settling Parties"), have reached a mutual and amicable settlement and have

23 entered into  a separate agreement for settlement of claims between them in this action, the terms

24 of which are set forth in writing in the Settlement Agreement and General Release, to fully and

25 finally resolve all matters relating to the Settling Parties in this action without trial;

26      WHEREAS, the settlement as it concerns the minor plaintiff, M.B., has been duly

27 approved by the court in response to Petition for Compromise of Minor's Claim;

28

---

1
STIPULATION FOR ENTRY OF ORDER OF DISMISSAL OF DEFENDANT McEVOY AND [PROPOSED] ORDER

1    WHEREAS the Settlement Agreement resolves all the claims between the Settling Parties in this action;

2    WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

3    WHEREAS there are no further issues between the Settling Parties for the Court to resolve; and

4    WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiff's action against defendant PAULA McEVOY, including references to McEVOY in each of Plaintiffs' causes of action set out in Plaintiffs' Complaint, shall be dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreements.

SO STIPULATED.

DATED:   February 28, 2013            Law Offices of Robert R. Powell

                                              By_____
                                                  ROBERT R. POWELL, ESQ.
                                                  Attorney for Plaintiffs

DATED:   May 10, 2013            EDRINGTON, SCHIRMER & MURPHY LLP

                                              By_____
                                                 TIMOTHY P. MURPHY, ESQ.
                                                  Attorneys for Defendant McEvoy

**ORDER**

IT IS SO ORDERED.

DATED: May 20, 2013

_____
Honorable Charles R. Breyer
Senior District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge Charles R. Breyer, signed]*