TIMOTHY P. MURPHY, ESQ. (120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendant PAULA McEVOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST BLOCKER, individually and as Guardian Ad Litem for her minor child, M.B.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, LORI CASTILLO, MEGHAN SCHULZE, NICOLE GREMILLION, LYNDA EHRICH, MARY LOGGER, CITY OF ANTIOCH, TREVOR SCHNITZIUS, KRISTOPHER KINT, OFFICER WHITE, PAULA McEVOY, and Does 1-10, inclusive,<br><br>Defendants. | CASE NO.:  CV12-05597 CRB<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL OF DEFENDANT McEVOY AND ORDER** |

WHEREAS certain parties to this action, namely, Plaintiffs, FORREST BLOCKER, individually and as Guardian Ad Litem for her minor child, M.B. and Defendant PAULA McEVOY (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into  a separate agreement for settlement of claims between them in this action, the terms of which are set forth in writing in the Settlement Agreement and General Release, to fully and finally resolve all matters relating to the Settling Parties in this action without trial;

WHEREAS, the settlement as it concerns the minor plaintiff, M.B., has been duly approved by the court in response to Petition for Compromise of Minor's Claim;

1. WHEREAS the Settlement Agreement resolves all the claims between the Settling Parties in this action;

2. WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

3. WHEREAS there are no further issues between the Settling Parties for the Court to resolve; and

4. WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiff's action against defendant PAULA McEVOY, including references to McEVOY in each of Plaintiffs' causes of action set out in Plaintiffs' Complaint, shall be dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreements.

SO STIPULATED.

DATED:   February 28, 2013          Law Offices of Robert R. Powell

                                    By_____
                                       ROBERT R. POWELL, ESQ.
                                       Attorney for Plaintiffs

DATED:   May 10, 2013               EDRINGTON, SCHIRMER & MURPHY LLP

                                    By_____
                                       TIMOTHY P. MURPHY, ESQ.
                                       Attorneys for Defendant McEvoy

1   **ORDER**

2        IT IS SO ORDERED.

3

4   DATED: May 20, 2013

5   _____
    Honorable
    Senior District