ROBERT R. POWELL, ESQ. CSB# 159747
BRETT O. TERRY, ESQ.     CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile

Attorneys for Plaintiffs

JAMES V. FITZGERALD, III, ESQ. CSB# 55632
PETRA BRUGGISSER CSB# 241173
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, TREVOR SCHNITZIUS, KRISTOPHER KINT, and OFFICER WHITE

ADDITIONAL COUNSEL AND PARTIES , SEE NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST BLOCKER, individually and as Guardian Ad Litem for her minor child, M.B., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF CONTRA COSTA, LORI CASTILLO, MEGHAN SCHULZE, NICOLE GREMILLION, LYNDA EHRICH, MARY LOGGER, CITY OF ANTIOCH, TREVOR SCHNITZIUS, KRISTOPHER KINT, OFFICER WHITE, PAULA MCEVOY, and Does 1-10, inclusive, <br><br> Defendants. | Case No. CV12-05597 CRB <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br><br> CMC: 6/14/13 <br> Time: 8:30 a.m. <br> Courtroom 6, 17th floor <br> 450 Golden Gate, San Francisco, Ca. <br><br> Hon. Charles R. Breyer |

Case No. CV12-05597 CRB - STIPULATION AND ORDER TO CONTINUE CMC

1  PETER M. REHON, ESQ. CSB # 1000123
   TYLER J. OLSON, ESQ. CSB 220796
2  REHON & ROBERTS
   A Professional Corporation
3  830 The Alameda
   San Jose, CA 95126
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Attorneys for Defendants
6  LYNDA EHRICH and MARY LOGGER

7

   SHARON L. ANDERSON, ESQ. CSB # 94814
8  County Counsel
   MONIKA L. COOPER, ESQ. CSB # 193729
9  Supervising Deputy County Counsel
   JANICE AMENTA, ESQ. CSB #161260
10 Deputy County Counsel
   COUNTY OF CONTRA COSTA
11 651 Pine Street, Ninth Floor
   Martinez, California 94553
12 Telephone: (925) 335-1800
   Facsimile: (925) 335-1866
13
   Attorneys for Defendants
14 COUNTY OF CONTRA COSTA, MEGHAN SCHULZE,
   NICOLE GREMILLION, AND LORI CASTILLO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

Case No. CV12-05597 CRB - STIPULATION     2
AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE

All parties to this action, believing that good cause exists, stipulate and agree, by and through their respective counsel, as follows:

1. The parties have exchanged written discovery and document production requests following the initial case management conference. However, due to several obstacles, especially the Contra Costa County Superior Court's process involving the release of the juvenile dependency court records and the parties' efforts to agree upon and obtain a stipulated protective order before exchanging confidential documents, the parties have not been able to produce any documents in this case until this week.

2. Specifically, obtaining the juvenile dependency court records from the Contra Costa County Superior Court has been a particularly challenging process. Even though a request for the release of the juvenile case file was submitted on January 17th, 2013, the records were not made available by the court until May 28, 2013. The delay was largely due to the number of such requests in the Contra Costa County Superior Court and the fact that a new judge, who was unfamiliar with the process, had been assigned to deal with the requests at the beginning of this year.

3. In addition, due to the confidential nature of the underlying juvenile proceedings and the involvement of a minor plaintiff, the parties wanted to ensure that a protective order was in place before exchanging any confidential documents. The Court signed the parties' stipulated protective order on May 24, 2013. (See Doc. # 59, filed May 24, 2013).

4. Absent the production of any documents, the parties have not taken any depositions in this case to date. However, now that the juvenile case file has been released and the Court has signed the protective order, the parties are in the process of producing documents in this case. Once the documents have been exchanged, the parties will need sufficient time to evaluate the information and will then schedule the depositions of the involved parties. The parties believe that they will be in a position to schedule the depositions within the next 45-60 days, prior to the settlement conference with Hon. Magistrate Judge Maria Elena James.

5. A Settlement Conference has been scheduled with Magistrate Judge Maria-Elena James on July 12, 2013.

6. Based on the foregoing, the parties wish to continue to Case Management Conference, which is currently set for June 14, 2013, for 60 days to allow the parties sufficient time to conduct their discovery and to evaluate the case. The parties believe that good cause exists for such reasonable continuation to save judicial time, resources, fees and costs.

7. Therefore, the parties seek the Court's approval to continue the Case Management Conference, currently set for June 14, 2013, for 60 days to at date and time chosen by the Court at the Court's convenience and availability.

Respectfully submitted,

Date: May 30, 2013                /s/ Powell, Robert
ROBERT POWELL
Attorney for Plaintiffs

Date: May 30, 2013                /s/ Fitzgerald, James
JAMES V. FITZGERALD, III
Attorney for City of Antioch
Defendants

Date: May 30, 2013                /s/ Rehon, Peter
PETER REHON
Attorney for M. Logger
And L. Ehrich

Date: May 30, 2013                /s/ Amenta, Janice
JANICE AMENTA
Attorney for County of
Contra Costa Defendants

Case No. CV12-05597 CRB - STIPULATION      4
AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE

# **ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The Case Management Conference, currently set for June 14, 2013, is continued to August 16, 2013, 2013 at 8:30 a.m..

**IT IS SO ORDERED**

Dated: June 3, 2013

By: _____
Honorable Charles R. Breyer
United States District Court Judge



Case No. CV12-05597 CRB - STIPULATION
AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE

5