Peter M. Rehon (SBN 100123)
Tyler J. Olson (SBN 220796)
REHON & ROBERTS
A Professional Corporation
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Defendants
LYNDA EHRICH and
MARY LOGGER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST BLOCKER, individually and as Guardian Ad Litem for her minor child, M.B., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF CONTRA COSTA, LORI CASTILLO, MEGHAN SCHULZE, NICOLE GREMILLION, LYNDA EHRICH, MARY LOGGER, CITY OF ANTIOCH, TREVOR SCHNITZIUS, KRISTOPHER KINT, OFFICER WHITE, PAULA MCEVOY, and Does 1-10, inclusive, <br><br> Defendants. | CASE NO.: CV12-05597 CRB <br><br> **STIPULATION OF ALL PARTIES AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: August 16, 2013 <br> Time: 8:30 AM <br> Courtroom 6, 17th Floor <br> San Francisco <br><br> Judge: Hon. Charles R. Breyer |

   Plaintiffs Forrest Blocker, individually and as Guardian Ad Litem for her minor child, M.B. (collectively, "Plaintiffs"), and Defendants County of Contra Costa, Lori Castillo, Meghan Schulze, Nicole Gremillion, Lynda Ehrich, Mary Logger, City of Antioch, Trevor Schnitzius, Kristopher Kint, Officer White, and Officer Dee (collectively, "Defendants" and, with Plaintiffs, the "Parties"), by their undersigned counsel, file the following stipulation to continue the case management conference, stating as follows:

   1.   The initial case management conference was held in the above-captioned action on

1

February 8, 2013. During that case management conference, the Honorable Charles R. Breyer referred the case to Magistrate Judge Maria-Elena James for settlement conference. Additionally, Judge Breyer set a further case management conference for June 14, 2013. It is the Parties' understanding that the court wanted the settlement conference to be completed prior to the next case management conference.

2. On February 11, 2013, Magistrate Judge James issued an order scheduling the settlement conference for May 29, 2013.

3. On April 29, 2013, a Notice of Continuance of Settlement Conference was issued by Rose Maher, Courtroom Deputy to Magistrate Judge James. Pursuant to this Notice of Continuance of Settlement Conference, the settlement conference originally scheduled for May 29, 2013, was continued to July 12, 2013.

4. On May 30, 2013, the Parties filed a Stipulation and Order to Continue Case Management Conference. Pursuant to this stipulation, the Parties requested that the case management conference scheduled for June 14, 2013, be continued for sixty days to allow the parties sufficient time to conduct discovery and to evaluate the case. The Parties also sought the continuance due to a delay they experienced in receiving documents from the juvenile court. At the time this stipulation was filed, the parties also believed that the settlement conference scheduled for July 12, 2013, would be completed prior to the continued case management conference.

5. On or about June 3, 2013, Judge Breyer signed the Order to Continue Case Management Conference that was stipulated to by the Parties. Pursuant to this order, the case management conference was continued from June 14, 2013, to August 16, 2013.

6. On June 18, 2013, a second Notice of Continuance of Settlement Conference was issued by Rose Maher, Courtroom Deputy to Magistrate Judge James. Pursuant to this second Notice of Continuance of Settlement Conference, the settlement conference was again continued from July 12, 2013, to September 27, 2013.

7. Defendant Mary Logger will be unavailable on September 27, 2013, because she

2

will be out of the country in Europe, and she will not be returning to the United States until after September 30, 2013. As a result, Defendant Mary Logger would not be able to attend or participate in the settlement conference scheduled for September 27, 2013, unless the settlement conference was rescheduled for another day.

8. Due to the unavailability of Defendant Mary Logger on September 27, 2013, the Parties agreed to a short continuance of the settlement conference to October 7, 2013.

9. Based on the Parties' agreement to continue the settlement conference, counsel for Defendant Mary Logger advised Magistrate Judge James's Clerk on July 24, 2013, of the Parties' desire to move the settlement conference to October 7, 2013.

10. On July 24, 2013, Rose Maher, Courtroom Deputy to Magistrate Judge James, issued a third Notice of Continuance of Settlement Conference that continued the settlement conference from September 27, 2013, to October 7, 2013.

11. Based on the foregoing, and the Parties' desire to complete the settlement conference prior to the next case management conference, the Parties hereby stipulate and respectfully request the court to continue the case management conference currently scheduled for August 16, 2013, to a date after the October 7, 2013 settlement conference as is convenient for the court.

DATED: July 29, 2013                REHON & ROBERTS
                                    A Professional Corporation


                                    By: ___/s/ Tyler J. Olson_____
                                        Peter M. Rehon
                                        Tyler J. Olson
                                        Attorneys for Defendants
                                        LYNDA EHRICH, MARY LOGGER

3

STIPULATION TO AND ORDER TO CONTINUE CMC
CASE NO. 12-CV-05597

| | | |
|---|---|---|
| DATED: July 29, 2013 | | LAW OFFICES OF ROBERT R. POWELL |

By: ___/s/ Robert R. Powell_____
    Robert R. Powell
    Dennis R. Ingols
    Brett O. Terry
    Attorneys for Plaintiffs
    FORREST BLOCKER, individually and as
    Guardian Ad Litem for her minor child, M.B.

DATED: July 29, 2013        McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: ___/s/ Petra Bruggisser_____
    James V. Fitzgerald, III
    Petra Bruggisser
    Attorneys for Defendants
    CITY OF ANTIOCH, TREVOR
    SCHNITZIUS, KRISTOPHER KINT,
    OFFICER WHITE, and OFFICER DEE

DATED: July 29, 2013        By: ___/s/ Janice Amenta_____
    Janice Amenta
    Deputy County Counsel
    Attorneys for Defendants
    CONTRA COSTA COUNTY, LORI
    CASTILLO, MEGHAN SCHULZE, and
    NICOLE GREMILLION

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The Case Management Conference, currently set for August 16, 2013, is hereby continued to _____October_____ 11, 2013 at 8:30 a.m./p.m.

**IT IS SO ORDERED**

Dated: July 30, 2013                               By: _____
                                                        Hon.
                                                        United States District Judge
                                                        Judge Charles R. Breyer

5