**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FORREST BLOCKER,                          No. C 12-05597 CRB

12          Plaintiff,                         **ORDER OF DISMISSAL**

13     v.

14   COUNTY OF CONTRA COSTA, et al.,

15          Defendants.
                                         /
16

17          The parties hereto, by their counsel, having advised the Court that they have agreed to a

18   settlement of this case,

19          IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,

20   however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of

21   service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has

22   not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

23   restored to the calendar to be set for trial.

24

25   Dated: October 8, 2013                    _____

26                                             CHARLES  R. BREYER
                                               UNITED STATES DISTRICT JUDGE
27

28